IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JORGE GRADO,

    Plaintiff,

v.                                      2:24-CV-147-Z-BR

DIMMITT POLICE DEPARTMENT,
*et al.*,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss in part the Amended Complaint filed by Plaintiff. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 20. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendants Ashley Valdez, Dimmitt Police Department, Castro County Jail, Dimmitt Police Chief John Doe, the City of Dimmitt and Castro County.

Plaintiff's claims against Defendants Pablo Salas, Susan Hochstein and Collin County Healthcare Medical Center are hereby **DISMISSED WITHOUT PREJUDICE** to him re-pleading his claims against these Defendants. Should Plaintiff want to amend his Complaint against Salas, Hochstein and Collin County HMC, such second amended complaint is due **within 21 days of the date of this Order**.

**SO ORDERED.**

May 2, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE