IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JORGE GRADO,<br>Institutional ID No. 53931-509,<br><br>    Plaintiff,<br><br>v.<br><br>DIMMITT POLICE DEPARTMENT,<br>*et al.*,<br><br>    Defendants. | 2:24-CV-147-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to Grant Defendant Anyssa Enriquez's Motion for Summary Judgment. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 50. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendants' Motion for Summary Judgment (ECF No. 35) is hereby **GRANTED**.

**SO ORDERED**.

December 16, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE