IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JORGE GRADO,
Institutional ID No. 53931-509,

    Plaintiff,

v.

DIMMITT POLICE DEPARTMENT,
et al.,

    Defendants.

2:24-CV-147-Z-BR

## JUDGMENT

For the reasons stated in the Court's order entered this date, and because there is no just reason for delay in entering final judgment under Rule 54(b), it is ordered, adjudged and decreed that summary judgment is entered for Defendant Anyssa Enriquez and Plaintiff's claims against this Defendant are **DISMISSED with prejudice**.

Under Federal Rule of Civil Procedure 54(b), this judgment shall be a final judgment as to all claims against Defendant Anyssa Enriquez.

**SO ORDERED**.

December 16, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE