IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JORGE GRADO,

      Plaintiff,

v.                                                                  2:24-CV-147-Z-BR

DIMMITT POLICE DEPARTMENT,
et al.,

      Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge to Grant the Motion for Summary Judgment filed by Defendants Brandon Ontiveros and Benjamin Elmore. ECF No. 53. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 53. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendants' Motion for Summary Judgment (ECF No. 41) is hereby **GRANTED**.

**SO ORDERED.**

April _2_, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE