IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JORGE GRADO,

    Plaintiff,

v.

DIMMITT POLICE DEPARTMENT,
*et al.*,

    Defendants.

2:24-CV-147-Z-BR

### JUDGMENT

For the reasons stated in the Court's order entered this date, it is ordered, adjudged and decreed that summary judgment is entered for Defendants Brandon Ontiveros and Benjamin Elmore and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

**SO ORDERED.**

April __, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE